SCHULTZ, Respondent, v. STEWART, Appellant.

(162 N. W. 1087.)

(File No. 4043.    Opinion filed April 17, 1917.)

Appeal from Municipal Court of Minnehaha County. Hon. ALPHA F. ORR, Judge.

Action by G. W. Schultz, against Annie S. Stewart. From an order refusing to modify a judgment, defendant appeals. Affirmed.

*Robert F. Reimer,* for Appellant.

*Jones & Mathews,* for Respondent.

SMITH, J. A certified copy of a notice of appeal from an order refusing to modify a judgment, and an undertaking on appeal, were filed in this court on June 8, 1916. On September 16, 1916, a notice or certificate of the clerk of the municipal court of Minnehaha county, from which court the appeal was taken, was filed in this court, certifying that the appeal was from an order, and that no record had been settled, but that the case had been settled pursuant to a written stipulation of counsel, and the judgment fully satisfied. The appeal having been abandoned, the order and judgment of the trial court are affirmed.